ANTHONY D. PRINCE, SBN 202892
GENERAL COUNSEL, CALIFORNIA HOMELESS UNION
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Telephone: (510) 301-1472
Email: princelawoffices@yahoo.com

ANDREA M. HENSON, SBN 331898
WHERE DO WE GO
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Telephone: (510) 640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA HOMELESS UNION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FREMONT, <br><br> Defendant. | **Case No.:** <br><br> **DECLARATION OF CRYSTAL SANCHEZ IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, CRYSTAL SANCHEZ do declare, I have full knowledge of what is in this declaration and if called to testify would do so competently.

1. I serve as president of the 2,900-member Sacramento Homeless Union (SHU) and a Regional Director of the California Homeless Union/Statewide Organizing Council. As such, I oversee direct support to Fremont's unhoused residents including members of our affiliated Fresno Homeless Union.

2. The Sacramento Homeless Union Street Outreach Team partners with Sacramento Solidarity of Unhoused Persons (SacSOUP) to manage critical services, including case management, within the federal Homeless Management Information System (HMIS) as required by the U.S. Dept. of Housing and Urban Development (HUD). If Chapter 8.90 of the Fremont Municipal Code is enforced we will be unable to continue the expansion of our support work to assist the unhoused members of the affiliated Fremont Homeless Union.

3. Our current services encompass crisis and housing assessments, mental health support, Peer Support Specialists through the California Mental Health Service Act, medical care referrals, and substance use recovery resources. We provide emergency intervention and de-escalation services, along with comprehensive benefits assistance including Medi-Cal, food stamps, SSI, and disability support. Our team responds to weather-related crises and ensures basic needs are met for our vulnerable community members.

4. The aiding and abetting ordinance will impair our ability to fulfill our contractual obligations. We currently maintain contractual partnerships with the Bombas Corporation for distribution of socks to the homeless and the Uniqlo Corporation, the third largest retailer in the world, for refurbished clothing distribution through their sustainability program. Our contract with the California Public

*California Homeless Union, et al. v. City of Fremont*
Declaration of Crystal Sanchez

- 2

Health Department enables us to provide harm reduction through Narcan and fentanyl test strips, and education.

5. Fremont's determination to charge officers and members of our Union and other supporters of the homeless as accomplices will seriously impair if not destroy the work we do.

I swear under penalty of perjury under the laws of the United States that the foregoing is a true statement based on personal knowledge.

Dated: March 2, 2025                                              /s/ Crystal Sanchez

Executed at Sacramento, CA

*California Homeless Union, et al. v. City of Fremont*
Declaration of Crystal Sanchez

- 3