ANTHONY D. PRINCE, SBN 202892
GENERAL COUNSEL, CALIFORNIA HOMELESS UNION
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Telephone: (510) 301-1472
Email: princelawoffices@yahoo.com

ANDREA M. HENSON, SBN 331898
WHERE DO WE GO
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Telephone: (510) 640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA HOMELESS UNION, et al., | **Case No.:** |
| Plaintiffs, | **DECLARATION OF JASON SARRIS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| vs. | |
| CITY OF FREMONT, | |
| Defendant. | |

*California Homeless Union, et al. v. City of Fremont*
Declaration of Timothy Gholston, RN

**Introduction**

I, Jason Sarris, am a member of the California Homeless Union, and I submit this declaration based on my personal experience and observations as a former camp resident and Homeless Union member, as well as President of the Marin County Homeless Union.

1. As an Officer of the Marin County Homeless Union, my duties include directly assisting other locals of the California Homeless Union/Statewide Organizing Council. Since enforcement of the Fremont ordinance will directly threaten our ability to provide this assistance, I have made almost daily visits to members of our Fremont local and others in the encampments in Fremont and have become familiar with the contents of the situation and the impact of the new ordinance.

2. I also want to speak about our success in Marin County Homeless Union regarding Camp Compassion, a homeless encampment located in Novato, California. Camp Compassion was created as a settlement agreement in the case *Marin County Homeless Union v City of Novato (3:21-cv-05401-YGR(RMI))* Over the course of my involvement with the camp, I have gained insight into how such an initiative not only provides immediate stability for homeless individuals but also serves as a successful pathway to permanent housing. Over the course of the last 2 plus years, 40 unhoused camp residents have been permanently housed from Camp Compassion. The camp has served as a successful housing program that has actually reduced homelessness in Novato, CA. My declaration further addresses how the model of Camp Compassion could be effectively replicated in Fremont, California, as a way to provide similar benefits to its homeless population.

3. Camp Compassion in Novato has been a vital resource for those experiencing homelessness. This encampment provided individuals who had been living in unstable, unsafe, and unhealthy conditions with a safe place to stay. In contrast to traditional methods of addressing homelessness, which often involve

displacement or shelters with limited capacity, Camp Compassion prioritized both the immediate and long-term needs of its residents.

4. By offering structured services such as access to restrooms, garbage collection, water, showers, and street medicine, Camp Compassion created an environment where people could regain a sense of stability. Camp Compassion is also a centralized hub where homeless outreach can help camp residents with the support they need and where housing case workers can do the work to get their clients "document ready" for housing. This basic level of support allowed residents to focus on their long-term goals, such as obtaining employment, mental health services, and, ultimately, permanent housing.

**Stability and Support**

5. One of the most critical aspects of Camp Compassion was its emphasis on stability. Homeless individuals often face overwhelming uncertainty, which can hinder their ability to plan for the future or pursue employment and housing. At Camp Compassion, residents had access to an environment that was not only physically safe but also mentally stabilizing. For many, it provided the first opportunity in a long time to take steps toward self-sufficiency.

6. Moreover, Camp Compassion facilitated important connections to social services and community resources, offering residents pathways to jobs, healthcare, and housing programs. Support from nonprofit organizations, local government agencies, and other community members played an essential role in ensuring that residents had the assistance needed to improve their circumstances.

**Successful Pathways to Permanent Housing**

7. Camp Compassion proved to be an effective model for moving individuals into permanent housing. Through the collective efforts of local governments and nonprofits, a significant number of camp residents were able to transition into long-term housing solutions. This success was largely due to

the integrated case management system that worked with residents individually, identifying their unique needs and assisting them in navigating the complexities of attaining permanent housing.

8. The encampment also provided a social structure that helped people develop the necessary skills for independent living. Many individuals found a sense of community and accountability within the camp, which contributed to their ability to maintain housing once they transitioned to more permanent residences.

**Relevance to Fremont, CA**

9. The success of Camp Compassion demonstrates that providing stable, secure, and supportive living environments for homeless individuals is an effective strategy for reducing homelessness. Fremont, California, is no different from Novato in that it also faces an increasing homeless population in need of both immediate and long-term solutions. By mirroring the practices of Camp Compassion, Fremont can create an environment where homeless individuals are treated with dignity and offered a structured path to permanent housing.

10. In particular, Fremont can replicate the model by establishing safe, designated encampments that provide essential services such as restrooms, waste management, showers, and street medicine while also integrating case management and social services. Additionally, collaboration with local nonprofits and government agencies is critical to ensure that residents have access to supportive services that help them stabilize their lives and transition into permanent housing.

**Conclusion**

11. Camp Compassion has been a shining example of how compassion, structure, and community can work together to provide homeless individuals with the tools and support needed to regain stability and secure permanent housing. I believe that Fremont, California, could greatly benefit from adopting a

*California Homeless Union, et al. v. City of Fremont*
Declaration of Jason Sarris

- 4

similar model. The success of Camp Compassion proves that with the right resources, homeless individuals can have a chance at a brighter future, and I strongly advocate for the replication of this approach in Fremont.

I swear under penalty of perjury under the laws of the United States that the foregoing is a true statement based on personal knowledge.

Dated: March 2, 2025                                                         /s/ Jason Sarris

Executed at Novato, CA