ANTHONY D. PRINCE, SBN 202892
GENERAL COUNSEL, CALIFORNIA HOMELESS UNION
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Telephone: (510) 301-1472
Email: princelawoffices@yahoo.com

ANDREA M. HENSON, SBN 331898
WHERE DO WE GO
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Telephone: (510) 640-7390
Email: ahenson@wdwg.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA HOMELESS UNION, et al., | **Case No.:** |
| Plaintiffs, | **[Proposed] ORDER** |
| vs. | |
| CITY OF FREMONT, | |
| Defendant. | |

*California Homeless Union, et al. v. City of Fremont*
[Proposed] Order

**GOOD CAUSE APPEARING THEREFORE:**

The Court **GRANTS** Plaintiffs' Application for a Temporary Order /Preliminary Injunction as follows:

1. Defendant City of Fremont, its officials, departments, agents, employees, contractors and all those who work under the direction of the City of Fremont are hereby enjoined from enforcement of Chapter 8.90 of the Fremont Municipal Code until further Order of this Court.

2. Fremont Municipal Code Chapter 8.90 is hereby declared to be unconstitutional.

**IT IS SO ORDERED**

Dated: March ____, 2025                                                    _____

                                                                                                      Hon. _____
                                                                                                      Judge for the Northern District of California