IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FREMONT,<br><br>    Defendant. | Case No. 25-cv-02225-MMC<br><br>**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is plaintiffs' "Ex Parte Application and Verified Complaint for Injunctive Relief," filed March 5, 2025, wherein plaintiffs, in their prayer for relief, request, inter alia, "[t]hat this Court issue a temporary restraining order . . . halting implementation of Chapter 8.90 of Fremont's municipal code." (See Doc. No. 9 at 48.) Plaintiffs have not, however, filed proof of service of said pleading on defendant or otherwise submitted proof that they have given defendant notice of their request for a temporary restraining order.

Pursuant to Rule 65(b)(1), a "court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." See Fed. R. Civ. P. 65(b)(1)(A)–(B). Here, plaintiffs have not made the requisite showing.

Accordingly, the motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 5, 2025

MAXINE M. CHESNEY
United States District Judge