IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT,<br><br>Defendant. | Case No.  25-cv-02225-MMC<br><br>**ORDER SETTING ASIDE MARCH 5 ORDER** |

On March 5, 2025, the Court issued an "Order Denying Request for Temporary Restraining Order" ("March 5 Order"), noting "[p]laintiffs have not . . . filed proof of service . . . or otherwise submitted proof that they have given defendant notice of their request for a temporary restraining order." (See March 5 Order at 1:14-15.)

Now before the Court is a Declaration by plaintiffs' counsel, filed subsequent to the above-referenced order, in which Declaration counsel, for the first time, states that, on March 4, 2025, he served the operative Complaint on defendant, and, in support thereof, attaches a Proof of Service. (See Doc. Nos. 11, 11-1.)

The Court construes the above two filings as a motion for reconsideration, and, although none of the grounds for such relief have been shown (see Civil L.R. 7-9(b)), the Court nonetheless hereby SETS ASIDE its March 5 Order.

**IT IS SO ORDERED.**

Dated: March 6, 2025

MAXINE M. CHESNEY
United States District Judge