```
ANTHONY D. PRINCE, SBN 202892
GENERAL COUNSEL, CALIFORNIA HOMELESS UNION
LAW OFFICES OF ANTHONY D. PRINCE
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Telephone: (510) 301-1472
Email: princelawoffices@yahoo.com

ANDREA M. HENSON, SBN 331898
WHERE DO WE GO
2726 Martin Luther King Jr. Way
Berkeley, CA 94703
Telephone: (510) 640-7390
Email: ahenson@wdwg.org
```

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA HOMELESS UNION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FREMONT, <br><br> Defendant. | Case No.: 3:25-cv-02225 <br><br> **STIPULATION AND JOINT ADMINISTRATIVE MOTION TO MODIFY BRIEFING SCHEDULE;** [~~Proposed~~]**ORDER** |

**TO THE HONORABLE MAXINE M. CHESNEY AND THE CLERK:**

On March 31, 2025, the Court approved and Ordered the parties' jointly proposed briefing

Joint Administrative Motion to Modify Briefing Schedule

schedule in the above-captioned matter. Per the schedule, the deadline for Plaintiffs to file an Amended Complaint and Motion for Preliminary Injunction is April 11, 2025.

On Monday, April 7, 2025, pursuant to reporting instructions on a jury summons from the Superior Court of Alameda County, Plaintiffs' counsel Anthony Prince began daily calls after 5:00 pm to the Clerk of the Superior Court for the County of Alameda. On Wednesday, April 9, 2025, Mr. Prince received telephonic instructions from the Clerk to report to the Wiley Manuel Courthouse in Oakland on April 10, 2025 at 8:30 am.

Mr. Prince immediately contacted counsel for Defendant City of Fremont Rafael Alvarado, Jr. via email to apprise him of the situation and seek agreement on a joint administrative motion for a modification of the briefing schedule.

On April 10 at 8:30 a.m., Mr. Prince reported to the Jury Assembly Room at the Wiley Manuel Courthouse in Oakland where he was instructed to return to become part of the venire for a criminal trial expected to go to April 21, 2025 in Department 114.

On April 10, Counsel for Fremont Nicholas Muscolino sent notification that the City was in agreement with Plaintiffs' proposal for a joint administrative motion to modify the current briefing schedule and extend the filing deadlines as follows:

1. Plaintiffs shall file the amended complaint on or before April 18, 2025. The deadline for the City's responsive pleading to the amended complaint shall be thirty (30) days after the amended complaint is filed and served;

2. Plaintiffs shall file a Motion for a Preliminary Injunction, if any, on or before April 18, 2025.

3. The deadline for the City's Opposition to Plaintiffs' Motion for a Preliminary Injunction, if any, shall be May 2, 2025.

Joint Administrative Motion to Modify Briefing Schedule

5. The deadline for Plaintiffs' Reply in Support of their Motion for a Preliminary Injunction, if any, shall be May 9, 2025.

The hearing on Plaintiffs' Motion for a Preliminary Injunction shall be scheduled by the Court as soon as reasonably possible after the deadline for Plaintiffs' Reply.

IT IS SO STIPULATED.

Dated: April 10, 2025                      BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Nicholas J. Muscolino
Nicholas J. Muscolino
Kyle Anne Piasecki
Attorneys for Defendant
CITY OF FREMONT

Dated: April 10, 2025                      LAW OFFICES OF ANTHONY D. PRINCE

By: /s/ Anthony D. Prince
Anthony D. Prince
Attorneys for Plaintiffs

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5.1(i)(3), I hereby certify that the content of this document is acceptable to Nicholas J. Muscolino, counsel for Defendant, and that I have obtained Mr. Muscolino's authorization to affix his electronic signature to this document.

LAW OFFICES OF ANTHONY D. PRINCE

Dated: April ___, 2025

By: /s/Anthony D. Prince
Attorney for Plaintiff

Joint Administrative Motion to Modify Briefing Schedule

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. Plaintiffs shall file an amended complaint by  April 18 , 2025. The City's responsive pleading deadline shall be thirty (30) days after the amended complaint is filed and served.

Plaintiffs shall file a Motion for a Preliminary Injunction, if any, by April 18, 2025.

The deadline for the City's Opposition to Plaintiffs' Motion for a Preliminary Injunction, if any, shall be  May 2 , 2025.

The deadline for Plaintiffs' Reply in Support of the Motion for a Preliminary Injunction shall be  May 9 , 2025.

The hearing on Plaintiffs' Motion for a Preliminary Injunction is hereby set for  9:00  A.M. on  May 23 , 2025.

IT IS SO ORDERED.

DATED: April  11 , 2025

_____
MAXINE M. CHESNEY

Joint Administrative Motion to Modify Briefing Schedule