Rafael E. Alvarado Jr. (SBN 247904)
E-mail: ralvarado@fremont.gov
City Attorney
CITY OF FREMONT
3300 Capitol Ave., Bldg. A
Fremont, CA 94538
Tel: 510.284.4030

Nicholas J. Muscolino (SBN 273900)
E-mail: nmuscolino@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780    Fax:  510.839.9104

Attorneys for Defendant
CITY OF FREMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and its members; FREMONT HOMELESS UNION, on behalf of itself and its members; MARIN COUNTY HOMELESS UNION; MISSION PEAK UNITARIAN UNIVERSALIST CONGREGATION; FAITH IN ACTION EAST BAY; PAX CHRISTIE (FREMONT); BRAIDED BRIDGE/HOMEBRIDGE CONNECT; Fremont Homeless community members KENT EATON; CORRINE GRIFFITH; MICHAEL AUSTIN, MAURICE KING, PRODESTA HOFF, LACY FRANKS, and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FREMONT,<br><br>Defendant. | Case No. 3:25-cv-02225-MMC<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION; AND [PROPOSED] ORDER**<br><br>Action Filed: March 4, 2025 |

**TO THE HONORABLE MAXINE M. CHESNEY AND THE CLERK:**

On March 11, 2025, the Court issued an order approving the parties' jointly proposed briefing schedule and set a hearing on Plaintiffs forthcoming Motion for a Preliminary Injunction at 9:00 AM on May 23, 2025.  (Dkt. 24.)

Defendant City of Fremont's ("City") lead attorney, Nicholas J. Muscolino, is unavailable on May 23, 2025 for the hearing.  Mr. Muscolino is also scheduled to start an approximately nine-day bench trial in San Mateo Superior Court on June 9, 2025.  Accordingly, Mr. Muscolino will be unavailable for a hearing on the following Fridays in June:   June 6, June 13, and June 20, 2025.

Moreover, on April 9, 2025, Plaintiffs' counsel Anthony Prince received telephonic instructions from the Clerk to report to the Wiley Manuel Courthouse in Oakland on April 10, 2025 at 8:30 AM.  Mr. Prince has reported to jury duty on April 11, 14, 15, and 16 for *voir dire*.  Mr. Prince was sworn in as a juror on April 16, 2025.

Given Mr. Muscolino's unavailability for the currently scheduled May 23, 2025 hearing date, and Mr. Prince's ongoing jury service, the parties have met and conferred and propose to continue the hearing on Plaintiffs' forthcoming Motion for Preliminary Injunction by one week and to extend each of the deadlines set forth in this Court's April 11, 2025 Order (Dkt. 24) by one week, as follows:

1. Plaintiffs shall file the amended complaint on or before April 25, 2025.  The deadline for the City's responsive pleading to the amended complaint shall be thirty (30) days after the amended complaint is filed and served;

2. Plaintiffs shall file a Motion for a Preliminary Injunction, if any, on or before April 25, 2025.

3. The deadline for the City's Opposition to Plaintiffs' Motion for a Preliminary Injunction, if any, shall be May 9, 2025.

4. The deadline for Plaintiffs' Reply in Support of their Motion for a Preliminary Injunction, if any, shall be May 16, 2025.

5. The hearing on Plaintiffs' Motion for a Preliminary Injunction shall be set for 9:00 AM on May 30, 2025.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4913-1311-4935 v1

2

Case No. 3:25-cv-02225-MMC
STIPULATION AND [PROPOSED] ORDER

1      IT IS SO STIPULATED.

2   Dated: April 16, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Nicholas J. Muscolino
Kyle Anne Piasecki
Attorneys for Defendant
CITY OF FREMONT

Dated: April 16, 2025                    LAW OFFICES OF ANTHONY D. PRINCE

By:   */s/ Anthony D. Prince*
Anthony D. Prince
Attorneys for Plaintiffs
The CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and its members; FREMONT HOMELESS UNION, on behalf of itself and its members; MARIN COUNTY HOMELESS UNION; MISSION PEAK UNITARIAN UNIVERSALIST CONGREGATION; FAITH IN ACTION EAST BAY; PAX CHRISTIE (FREMONT); BRAIDED BRIDGE/HOMEBRIDGE CONNECT; Fremont Homeless community members KENT EATON; CORRINE GRIFFITH; MICHAEL AUSTIN, MAURICE KING, PRODESTA HOFF, LACY FRANKS, and all those similarly situated

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5.1(i)(3), I hereby certify that the content of this document is acceptable to Anthony D. Prince, counsel for Plaintiffs, and that I have obtained Mr. Prince's authorization to affix his electronic signature to this document.

Dated: April 16, 2025                                            BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Nicholas J. Muscolino
Kyle Anne Piasecki
Attorneys for Defendant
CITY OF FREMONT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4913-1311-4935 v1

4

Case No. 3:25-cv-02225-MMC
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. Plaintiffs shall file an amended complaint on or before April 25, 2025. The City's responsive pleading deadline shall be thirty (30) days after the amended complaint is filed and served.

2. Plaintiffs shall file a Motion for a Preliminary Injunction, if any, by April 25, 2025.

3. The deadline for the City's Opposition to Plaintiffs' Motion for a Preliminary Injunction, if any, shall be May 9, 2025.

4. The deadline for Plaintiffs' Reply in Support of the Motion for a Preliminary Injunction shall be May 16, 2025.

5. The hearing on Plaintiffs' Motion for a Preliminary Injunction is hereby set for 9:00 AM on May 30, 2025 [or _____ __.M. on _____, 2025].

**IT IS SO ORDERED.**

DATED: ___April 17___, 2025

_____
HON. MAXINE M. CHESNEY

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4913-1311-4935 v1

5

Case No. 3:25-cv-02225-MMC
STIPULATION AND [PROPOSED] ORDER