1  Rafael E. Alvarado Jr. (SBN 247904)
   E-mail: ralvarado@fremont.gov
2  City Attorney
   CITY OF FREMONT
3  3300 Capitol Ave., Bldg. A
   Fremont, CA 94538
4  Tel: 510.284.4030

5  Nicholas J. Muscolino (SBN 273900)
   E-mail: nmuscolino@bwslaw.com
6  Kyle Anne Piasecki (SBN 311961)
   E-mail: kpiasecki@bwslaw.com
7  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
8  Oakland, California 94612-3520
   Tel: 510.273.8780   Fax: 510.839.9104
9
   Attorneys for Defendant
10 CITY OF FREMONT

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| The CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and its members; FREMONT HOMELESS UNION, on behalf of itself and its members; MARIN COUNTY HOMELESS UNION; MISSION PEAK UNITARIAN UNIVERSALIST CONGREGATION; FAITH IN ACTION EAST BAY; PAX CHRISTIE (FREMONT); BRAIDED BRIDGE/HOMEBRIDGE CONNECT; Fremont Homeless community members KENT EATON; CORRINE GRIFFITH; MICHAEL AUSTIN, MAURICE KING, PRODESTA HOFF, LACY FRANKS, and all those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FREMONT,<br><br>        Defendant. | Case No. 3:25-cv-02225-MMC<br><br>**JOINT STIPULATION AND PROPOSED ORDER AS TO REFERRAL TO MAGISTRATE JUDGE RE: SETTLEMENT; AND [PROPOSED] ORDER**<br><br>Action Filed: March 4, 2025 |

**TO THE HONORABLE MAXINE M. CHESNEY AND THE CLERK:**

On June 20, 2025, the Court issued an order to submit a Stipulation and Proposed Order as to Referral to Magistrate Judge re: Settlement by July 1, 2025. (Dkt. 35.)

The Parties stipulate to Magistrate Judge Kandis A. Westmore.

The Parties agree to hold the settlement conference before August 31, 2025, or as soon thereafter as his or her calendar will permit.

The Parties agree that the First Amended Complaint should be sent to Defendant before the scheduled settlement conference so the Parties understand the issues to be addressed. If the settlement conference takes place after Plaintiff's deadline to file the First Amendment Complaint on August 1, 2025, the Parties agree that Defendant's opposition shall not be due until two weeks after the settlement conference, if the Parties do not reach a settlement.

IT IS SO STIPULATED.

Dated:  July 1, 2025                                                  BURKE, WILLIAMS & SORENSEN, LLP

By:  */s/ Kyle Anne Piasecki*
Nicholas J. Muscolino
Kyle Anne Piasecki
Attorneys for Defendant
CITY OF FREMONT

1 | Dated: July 1, 2025     LAW OFFICES OF ANTHONY D. PRINCE

By:  */s/ Anthony D. Prince*
Anthony D. Prince
Attorneys for Plaintiffs
The CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and its members; FREMONT HOMELESS UNION, on behalf of itself and its members; MARIN COUNTY HOMELESS UNION; MISSION PEAK UNITARIAN UNIVERSALIST CONGREGATION; FAITH IN ACTION EAST BAY; PAX CHRISTIE (FREMONT); BRAIDED BRIDGE/HOMEBRIDGE CONNECT; Fremont Homeless community members KENT EATON; CORRINE GRIFFITH; MICHAEL AUSTIN, MAURICE KING, PRODESTA HOFF, LACY FRANKS, and all those similarly situated

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5.1(i)(3), I hereby certify that the content of this document is acceptable to Anthony D. Prince, counsel for Plaintiffs, and that I have obtained Mr. Prince's authorization to affix his electronic signature to this document.

Dated: July 1, 2025                        BURKE, WILLIAMS & SORENSEN, LLP

By:   /s/ Kyle Anne Piasecki
       Nicholas J. Muscolino
       Kyle Anne Piasecki
       Attorneys for Defendant
       CITY OF FREMONT

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4938-2275-1826 v1

4

Case No. 3:25-cv-02225-MMC
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

1. The Court refers the Parties to Magistrate Judge Kandis A. Westmore for a settlement conference in this matter.

2. The Parties shall hold the settlement conference before August 31, 2025, or as soon thereafter as his or her calendar will permit.

3. Plaintiffs shall send the First Amended Complaint to Defendant before the scheduled settlement conference. If the settlement conference takes place after Plaintiff's deadline to file the First Amendment Complaint on August 1, 2025, Defendant's opposition shall not be due until two weeks after the settlement conference, if the Parties do not reach a settlement.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. MAXINE M. CHESNEY

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4938-2275-1826 v1

5

Case No. 3:25-cv-02225-MMC
STIPULATION AND [PROPOSED] ORDER