Anthony D. Prince (SBN # 202892)
General Counsel, California Homeless Union
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100,
Berkeley CA, 94705
Ph. 510-301-1472
Email: princelawoffices@yahoo.com

Andrea M. Henson (SBN # 331898)
Where Do We Go
2726 Martin Luther King Jr Way,
Berkeley, CA 94703-2146
Phone: 510-999-9394
Email: ahenson@wdwg.org

Attorneys for Plaintiffs/Petitioners

UNITED STATES COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| The CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL, on behalf of itself and its members; FREMONT HOMELESS UNION, on behalf of itself and its members; MARIN COUNTY HOMELESS UNION;MISSION PEAK UNITARIAN UNIVERSALIST CONGREGATION; FAITH IN ACTION EAST BAY; PAX CHRISTIE (FREMONT); BRAIDED BRIDGE/HOMEBRIDGE CONNECT; Fremont homeless community members KENT EATON; CORRINE GRIFFITH; MICHAEL AUSTIN, MAURICE KING, PRODESTA HOFF, LACEY FRANKS, and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT,<br><br>Defendant | Case No.: 3:25-cv-02225-MMC<br><br>NOTICE OF VOUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |

1  NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) Pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(A)(i), Plaintiff California Homeless Union hereby gives notice that this action is
3  voluntarily dismissed. Defendant City of Fremont has not served an answer or motion for summary judgment in this
4  action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P.
5  41(a)(1)(B). Dated: May 19, 2022

Dated: September 5, 2025                                Respectfully Submitted,

                                                        /s/ Anthony D. Prince
                                                         Law Offices of Anthony D. Prince
                                                        Attorney for Plaintiffs